Bruce Copeland
9016 Nelson Ave.
New Orleans, LA. 70118
Bdcopeland1127@gmail.com
(972) 897-5872 (m)
(504) 930-6314 (m)

SD BO

FILED
CLERK, U.S. DISTRICT COURT
JAN 19, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___PD___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

PAID

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

BRUCE DWAIN COPELAND,

　　　　*Plaintiff,*

AMY PHAM, individually,

　　　　*Defendant,*

Case No. 8:25-cv-00113-JAK (KESx)

Associated case no. 22STCV10036
Los Angeles Superior Court

**COMPLAINT FOR:**

**CANCELLATION OF INSTRUMENTS; FRAUD; VIOLATION OF CALIFORNIA DECEPTIVE TRADE PRACTICE ACT 17200 SEQ.; DAMAGES**

THE PARTIES

1. Plaintiff Bruce Dwain Copeland ("Plaintiff Copeland") is a citizen of the State of Louisiana. Plaintiff Copeland is a resident of the City of New Orleans, Orleans Parish, Louisiana.

2. Defendant Amy Pham ("Defendant Pham") is a citizen of the State of California. Defendant Pham resides in Fountain Valley, California. 92708.

JURISDICTION AND VENUE

The Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S. Code §1332

For Diversity of Citizenship and the amount in controversy exceeds $75,000.00.

The venue is proper as the actions complained of occurred in Los Angeles County.

## FACTUAL ALLEGATIONS

In September 2019, U.S. Bank National Association performed a non-judicial foreclosure on Plaintiff's property located at 1541 W. 218th St. in Torrance, CA.

In March 2021, Defendant Pham alleged she purchased the property by way of a warranty deed and not a grant deed.

Plaintiff disagrees. Plaintiff alleges and believes the unfiled warranty deed used by Defendant Pham did not transfer title but required Defendant Pham to indemnify U.S. Bank against the pending legal actions filed by Plaintiff Copeland.

Plaintiff Copeland alleges and believes Defendant Pham is now liable for any and all losses incurred by Plaintiff Copeland for the causes of actions in this complaint.

From March 2021, until March 2022, Plaintiff Copeland challenged the alleged documents produced by Defendant Pham in her UD action no. 21IWUD00252.

Finally, during a hearing in 2022, Defendant Pham provided the documents she alleged gave her ownership of the property. These documents appear to be doctored and not enforceable.

On March 23, 2022, Plaintiff Copeland filed a Quiet Title Action in the Los Angeles Superior Court under case no. 22STCV10036.

From March 2022 until the filing of this complaint Defendant Pham has refused to provide any form of enforceable document that would declare her rights to ownership.

Defendant Pham has refused to provide discovery as required by the California Code of Civil Procedure. Defendant Pham has refused to sit for a Deposition as required by California Code of Civil Procedure.

Defendant Pham has attempted on several occasions to seek summary judgment without having to provide any sort of legal documents. The Superior Court has denied each attempt. Defendant Pham's failure to provide any discovery documents of any kind or appear at the request

depositions since the alleged purchase, caused Plaintiff Copeland to file this complaint.

## FIRST CAUSE OF ACTION
## CANCELLATION OF INSTRUMENTS

Plaintiff Copeland alleges and believes defendant Pham fraudulent documents were used to gain possession of the property owned by Plaintiff Copeland. Defendant use of fraud instruments has caused Plaintiff Copeland to suffer harm. Plaintiff Copeland in now seeking damages.

## SECOND CAUSE OF ACTION
## FRAUD

Plaintiff Copeland alleges and believes Defendant Pham has intentionally concealed the documents in the State Court action to cover her fraud. Plaintiff Copeland believes there is no sale of the property and the alleged documents submitted by Defendant Pham are "manufactured" and fraud. Defendant Pham knew the documents submitted to the Court were fraud. Defendant Pham continues to conceal the alleged documents alleging her purchase. This fraud by concealment has now caused Plaintiff Copeland to suffer harm. Plaintiff Copeland. Plaintiff Copeland is now seeking damages.

## SECOND CAUSE OF ACTION
## VIOLATION OF CALIFORNIA DECEPTIVE TRADE PRACTICE ACT

Plaintiff Copeland alleges and believes that fraud, deception and concealment of the documents by Defendant Pham violates California Deceptive Trade Practices Act. Defendant Pham has now caused Plaintiff Copeland to suffer harm. Plaintiff Copeland is now seeking damages.

## PRAYER

Plaintiff Copeland prays for the following relief;

1. A judgment for cancellation of instruments of any documents Defendant Pham may use as alleged ownership of the property located at 1541 W. 218th St. in Torrance, Ca.

2. A judgment against Defendant Pham for Fraud in the amount of $100,000.00

3. A judgment against Defendant Pham for Violation of the California Unfair Claims Practice Act §17200 seq. in the amount of $100,000.00

4. A Judgment against Defendant Pham in the amount of $500,000.00 for damages.

5. Any further relief deemed proper and necessary by the Court.

Dated this 18th day of January 2025.

Respectfully Submitted,

Bruce Copeland
9016 Nelson St.
New Orleans, LA. 70118
Bdcopeland1127@gmail..com

PROOF OF SERVICE

I, Bruce Dwain Copeland, Plaintiff in the above-entitled action caused a copy of this suit along with the summons to be served on Defendant;

Amy Pham
10448 Salinas River Circle
Fountain Valley, CA. 92708

Bruce Copeland